**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SHANE FIELDS**                                                                                      **PLAINTIFF**
**#152664**

**v.**                              **Case No: 4:20-cv-00684-LPR-PSH**

**MONTE MUNYAN,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Doc. 4), and the Response filed by Mr. Fields. (Doc. 5). After careful review of the Recommendation, the Response, and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Fields' access-to-courts claim against defendants Christopher Reidmueller, Rusty Page, and Devon Neal are dismissed without prejudice for failure to state a claim upon which relief may be granted. Devon Neal is removed as a defendant in this case.

Dated this 2nd day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE