# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHANE FIELDS**  **PLAINTIFF**
**#653173**

v.  No: 4:20-cv-00684-LPR

**MONTE MUNYAN,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation ("PFR") submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 21). No objections have been filed and the time to do so has expired. After a careful and de novo review of the PFR and the record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Fields's Complaint (Doc. 2) is dismissed without prejudice.[1] The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Order and the accompanying Judgment is considered frivolous and not in good faith.

Dated this 29th day of June 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This Order moots the partial PFR filed on April 20, 2021.