# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SHANE FIELDS**  **PLAINTIFF**
**#653173**

v.  No: 4:20-cv-00684-LPR

**MONTE MUNYAN,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Shane Fields's Complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 29th day of June 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE